PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual Under Supervision: George Barnard | Cr.: 22-00834-001 |
| | PACTS #: 7398831 |

Name of Sentencing Judicial Officer: THE HONORABLE LAWERENCE F. STENGEL
                                                        CHIEF UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:    THE HONORABLE CHRISTINE P. O'HEARN
                                                 UNITED STATES DISTRICT JUDGE
                                                 (Assigned on December 14, 2022)

of Original Sentence: 07/26/2018

Original Offense:   Counts 1-24: Wire fraud and aiding and abetting 18 U.S.C. § 1343 and 18U.S.C. § 2
                             Counts 25-30: Bank fraud and aiding and abetting 18 U.S.C. § 1344 and 18 U.S.C. § 2
                             Counts 31-33: Filing a false tax return 26 U.S.C. § 7206(1)

Original Sentence: 60 months imprisonment, 60 months supervised release

Special Conditions: Mental Health Treatment, No New Debt/Credit, Financial Disclosure, Cooperate with IRS, Employment Requirements/Restrictions, Restitution - Money, Other Condition, Other Financial Obligation

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: 12/17/2021 |

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Mr. Barnard's supervised release commenced on December 17, 2021. The Court imposed payment scheduled required him to pay no less than of $500 in monthly installments to begin 30 days after the commencement of supervised release. The total amount of restitution imposed was 12,774,941.89. Between the commencement of supervised release on December 12, 2021, and March 1, 2023, Mr. Barnard did not apply any payments towards his outstanding Court financial obligations.

As a special condition of Mr. Barnard's supervised release, he was prohibited from opening new lines of credit without the approval of the U.S Probation Office unless he was in compliance with the payment schedule for outstanding restitution. As previously noted, Mr. Barnard was not compliant with a payment schedule, and opened credit cards or lines of credit without the approval of the U.S. Probation Office:

January 22, 2022, Tomocredit with a credit limit of $250 and high credit of $0
March 5, 2022, Apple card with a credit limit of $3,000 and high credit of $1,628
March 13, 2022, GS-Bank with a credit limit of $3,000 and high credit of $1,285
June 21, 2022, Discover credit card with a credit limit of $2,000 and high credit of $1,957

Prob 12A – page 2
George Barnard

U.S. Probation Officer Action:

In response to Mr. Barnard's non-compliance towards his Court imposed financial schedule, and in coordination with the Federal Public Defender's Office in the District of New Jersey, Mr. Barnard completed an updated financial investigation. As represented by the Defender's Office, Mr. Barnard stated his wife would "leave" if she was required to disclose her financial information, therefore, Mr. Barnard would not include her finances in the factoring of a revised payment schedule, and provided the following monthly income and expenses: $2700 per month for disability, from which $405 is deducted to pay the Small Business Association, $600 per month to his wife (to cover his share of mortgage), and approximately $650 per month for electric and gas utilities bills. The disposable income reported by Mr. Barnard was approximately $1,000 for food, commuting expenses and other basic needs. Mr. Barnard has agreed to make payments in the amount of $150 per month and a lump sum payment of $1,800 to address previous missed payments and did so on March 2, 2023. With respect to opening new lines of credit, Mr. Barnard stated he "didn't know" he wasn't permitted to open new lines of credit. It is the request of the U.S. Probation Office that Mr. Barnard's payment schedule be adjusted to reflect the agreed upon amount, and this notice serve as a written reprimand for his non-compliance. Should Mr. Barnard's financial circumstance improve, the Court will be promptly notified, and he will be expected to comply with the original payment schedule imposed by the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Anthony Stevens*

By:   ANTHONY M. STEVENS
Senior U.S. Probation Officer

/ ams

APPROVED:

*Steve Alfrey*                          3/6/2023

STEVEN ALFREY                    Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] This correspondence to serve as written reprimand and approve modification of payment schedule (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Prob 12A – page 3
George Barnard

_____
Signature of Judicial Officer

3/20/23
_____
Date