PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual Under Supervision: George Barnard | Cr.: 22-00834-001 |
| | PACTS #: 7398831 |

Name of Sentencing Judicial Officer:   THE HONORABLE CHRISTINE P. O'HEARN
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/26/2018

Original Offense:   <u>Counts One through Twenty-Four</u>: Wire Fraud and Aiding and Abetting, in violation of 18 U.S.C. §1343 & 2, Class B felonies
<u>Counts Twenty-Five through Thirty</u>: Wire Fraud and Aiding and Abetting, in violation of 18 U.S.C. §1344 & 2, Class B felonies
<u>Counts Thirty-One through Thirty-Three:</u>  Filing a False Tax Return, in violation of 26 U.S.C. §7206(1), Class E felonies

Original Sentence: 60 months' imprisonment (all counts concurrent), 5 years' supervised release (counts concurrent)

Special Conditions: Mental Health Treatment, No New Debt/Credit, Financial Disclosure, Cooperate with IRS, Employment Requirements/Restrictions, Restitution - Money, No work at Mortgage Broker and/or Similar Employment, Other Financial Obligation

Type of Supervision: Supervised Release          Date Supervision Commenced: 12/17/2021

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

<u>Violation Number</u>   <u>Nature of Noncompliance</u>

1   **"You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court."**

   On June 21, 2023, an unannounced home inspection was conducted. A urine specimen was secured, which tested positive for opiates and confirmed positive for codeine. Barnard stated he had not used any illicit substances but admitted to consuming two (2) poppy seed bagels with breakfast.

U.S. Probation Officer Action:
The Probation Office recommends no Court action be taken. The Probation Office will continue to monitor Barnard's use of illicit substances through increased random urine screenings. If he continues to be non-compliant in any way, the Court will be notified immediately.

Prob 12A – page 2  
George Barnard

Respectfully submitted,

SUSAN M. SMALLEY, Chief  
U.S. Probation Officer

By:   ERIN A. DESILVA  
        Senior U.S. Probation Officer

/ ead

APPROVED:

_____    7/10/2023  
STEVEN ALFREY                Date  
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____  
Signature of Judicial Officer

_____  
7/10/23  
Date